

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00153-CR

**DANNY JOE WEIR, JR.,**

                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                **Appellee**

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. 38,293**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion. The motion is granted, and the appeal is dismissed.

                                          REX D. DAVIS
                                          Justice

Before Chief Justice Gray,
	Justice Davis, and
	Justice Scoggins
Dismissed
Opinion delivered and filed July 16, 2015
Do not publish
[CR25]

